UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      - v -

Adrian Delarosa,

16 CR 603-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for November 23, 2020 is adjourned to January 5, 2021 at 11:00 a.m. via telephone conference. The dial-in for the conference is (888) 363-4734, access code 4645450.

                                              */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge

Dated: November 20, 2020
       New York, New York