

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2021

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Adrian Delarosa*, 16 Cr. 603 (LAP)

Dear Judge Preska:

    The Government writes to request an adjournment as to defendant Adrian Delarosa of the conference currently scheduled for January 5, 2021, at 11:00 a.m., in the above-captioned case. The parties are discussing a resolution to the pending violations of the terms of the defendant's supervised release, but do not expect the negotiations to be finalized before the conference scheduled for January 5, 2021. The parties propose that the conference be adjourned to February 2, 2021, at 11:00 a.m., which the parties understand to be a convenient time for the Court, based on a conversation with your Chambers.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney

By:  s/ Matthew Podolsky
      Thomas McKay
      Matthew Podolsky
      Assistant United States Attorneys
      (212) 637-2268 / -1947

cc:   Sylvie Levine, Esq.

---

The conference scheduled for January 5, 2021 is adjourned to February 2, 2021 at 11:00 a.m.

**SO ORDERED.**

Dated:   January 5, 2021
          New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.