

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2021

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Adrian Delarosa*, 16 Cr. 603 (LAP)

Dear Judge Preska:

    The Government writes to request an adjournment as to defendant Adrian Delarosa of the conference currently scheduled for February 2, 2021, at 11:00 a.m., in the above-captioned case. The parties are continuing to discuss a resolution to the pending violations of the terms of the defendant's supervised release, but do not expect the negotiations to be finalized before the conference scheduled for February 2, 2021. The parties propose that the conference be adjourned for approximately two weeks, to a time convenient to the Court.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

    By: s/ Matthew Podolsky
        Thomas McKay
        Matthew Podolsky
        Assistant United States Attorneys
        (212) 637-2268 / -1947

cc:    Sylvie Levine, Esq.

```
The conference scheduled for February 2, 2021 is
adjourned to February 19, 2021 at 10:00 a.m.
```

**SO ORDERED.**

Dated:    February 2, 2021
               New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.