

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Adrian Delarosa*, 16 Cr. 603 (LAP)

Dear Judge Preska,

The Government writes, jointly with defense counsel and Probation, to respectfully request that the Court adjourn the status conference in the above-captioned matter, which is currently scheduled for January 11, 2023, for approximately 60 days, so that Probation may continue to monitor the defendant's adjustment to supervision and the parties may discuss a disposition of the matter. The parties understand that the Court is available on March 22, 2023, at 1:00 p.m.

```
The conference is adjourned. The
parties shall appear for a status
conference on March 22, 2023, at
1:00 PM in Courtroom 12A.

SO ORDERED.
```
*Loretta A. Preska*
1/6/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/ Thomas A. McKay
Thomas A. McKay/Matthew Podolsky
Assistant United States Attorneys
Tel.: (212) 637-2268/-1947

cc:    Counsel of Record (via ECF)