

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    ***United States v. Adrian Delarosa***, 16 Cr. 603 (LAP)

Dear Judge Preska:

     The Government writes to request an adjournment as to defendant Adrian Delarosa of the conference currently scheduled for July 13, 2023, at 11:00 a.m., in the above-captioned case. The parties are continuing to discuss a resolution to the pending violations of the terms of the defendant's supervised release, but do not expect the negotiations to be finalized before the conference scheduled for July 13. The parties propose that the conference be adjourned to July 25, 2023, at 10:00 a.m., which the parties understand to be a convenient date and time for the Court.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/11/23

     By: s/ Matthew Podolsky
     Matthew Podolsky
     Assistant United States Attorneys
     (212) 637-1947

cc:    Sylvie Levine, Esq.
       (via ECF)